# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Kernea </br> Christy Kernea**,** | ) </br> ) </br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) </br> ) | 3:22-cv-00659-RJC-DCK |
| vs. | ) </br> ) | |
| Lee Lowery </br> City of Charlotte**,** </br> Defendant(s). | ) </br> ) </br> ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2023 Order.

September 29, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court