IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-659-RJC-DCK

| | |
|---|---|
| MICHAEL KERNEA and CHRISTY KERNEA, | ) ) ) |
| Plaintiffs, | ) **ORDER** |
| v. | ) ) ) |
| CITY OF CHARLOTTE and LEE LOWERY, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** regarding scheduling concerns. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The Court issued an Order on January 22, 2025, that revised the deadlines in this case; however, the Court failed to update Plaintiffs' deadline to file an Amended Complaint. See (Document No. 36).

**IT IS, THEREFORE, ORDERED** that Plaintiffs shall file an Amended Complaint, consistent with the Court's previous Order (Document No. 36), on or before **February 25, 2025**.

The Clerk of Court is directed to send a copy of this Order and Document No. 36 to Plaintiffs by certified U.S. Mail, return receipt requested, to 67 Bradford Court, Chickamauga, Georgia 30707.

**SO ORDERED**.

Signed: January 24, 2025

David C. Keesler
United States Magistrate Judge