# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:22-cv-00659-MEO-DCK

| | |
|---|---|
| MICHAEL KERNEA and CHRISTY KERNEA<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>*Defendant*. | **DEFENDANT CITY OF CHARLOTTE'S MOTION FOR SUMMARY JUDGMENT** |

Defendant City of Charlotte, inclusive of Officer Lee Lowery in his official capacity, hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in its favor on all remaining claims brought against it in Plaintiff's Second Amended Complaint. There are no genuine disputes of material fact in this case and the City is entitled to judgment as a matter of law. In support of this Motion, the City relies on excerpts of three deposition transcripts, findings of a CMPD disciplinary body regarding Officer Lowery's actions, and two surveillance videos depicting the events at issue, all of which are filed with the memorandum of law submitted contemporaneously herewith.

Dated: February 13, 2026                    Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, North Carolina 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Attorney for Defendant City of Charlotte*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated: February 13, 2026

**OFFICE OF THE CITY ATTORNEY**

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, North Carolina 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Attorney for Defendant City of Charlotte*
