IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-cv-00659-MEO-DCK

| | |
|---|---|
| MICHAEL KERNEA and CHRISTY KERNEA<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>*Defendant*. | **Filed Under Seal Pursuant to N.C. Gen. Stat. § 126-24** |

NOTICE OF SEALED EXHIBIT

Exhibit 4 is confidential information in personnel files and is filed under seal pursuant to N.C. Gen. Stat. § 126-24.

Dated: February 13, 2026

Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, NC 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Attorney for Defendant City of Charlotte*

1