IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-cv-00659-MEO-DCK

MICHAEL KERNEA and
CHRISTY KERNEA

    *Plaintiffs*,

  v.

CITY OF CHARLOTTE,

    *Defendant*.

NOTICE OF VIDEO EXHIBIT

Exhibit 5 is a video exhibit which was downloaded to a flash drive and delivered to the Clerk's office on February 13, 2026.

Dated: February 13, 2026.       Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, NC 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Attorney for Defendant City of Charlotte*

1