**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**
Case No. 3:22-cv-00659-MEO-DCK

| | |
|---|---|
| MICHAEL KERNEA and CHRISTY KERNEA<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>*Defendant*. | **DEFENDANT CITY OF CHARLOTTE'S MOTION TO SEAL** |

Defendant City of Charlotte (the "City") hereby moves the Court, pursuant to Local Rule 6.1(c), to permit the City to file under seal an exhibit to the City's Memorandum of Law in Support of Its Motion for Summary Judgment, filed contemporaneously herewith. In support of this Motion to Seal, the City states as follows:

1.      The City seeks to file under seal Exhibit 4, which consists of information in personnel files that are confidential under N.C. Gen. Stat. § 126-24.

WHEREFORE, Defendant City of Charlotte moves the Court for an order (1) permitting the City to file Exhibit 4 to its Memorandum of Law in Support of its Motion for Summary Judgment under seal and (2) requiring that the exhibit remains sealed unless ordered or agreed to be released by a state or federal court or by agreement of the parties.

1

Dated: February 13, 2026

Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**

/s/ *Taylor Imperiale*

Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, North Carolina 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Attorney for Defendant City of Charlotte*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court using

the CM/ECF system, which will send electronic notification to all counsel of record.

Dated: February 13, 2026

**OFFICE OF THE CITY ATTORNEY**

*/s/ Taylor Imperiale*

Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, North Carolina 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Attorney for Defendant City of Charlotte*

3